1  **WILLIAM J. SMITH - #056116**
   **SHELLEY G. BRYANT - #222925**
2  **AMANDA B. NEWELL - #251160**
   **W. J. SMITH & ASSOCIATES**
3  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
4  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
5
   Attorneys for Plaintiff, DONIELLE YOUNG
6

7              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
8

9  DONIELLE YOUNG,                    )    **Case No. 1:07-cv-01804 AWI**
                                      )
10          Plaintiff,                )    **ORDER CONTINUING TRIAL AND**
                                      )    **DATES IN SCHEDULING**
11  vs.                               )    **CONFERENCE ORDER**
                                      )
12  BOB SILVA FORD, ROBERT SILVA, an  )
    individual, and SCOTT SILVA,      )
13                                    )
            Defendants.               )
14                                    )
                                      )
15  _____   )

16       Based on the parties' stipulation, the Court hereby orders the following amendments to the

17  Scheduling Conference Order, which are highlighted in bold:

18  IX. Discovery Plan and Cut-Off Date.

19       1.    The cut-off for the completion of non-expert discovery is extended to **January 24,**

20             **2009**.  All expert discovery is to be completed by March 12, 2009.

21       2.    All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed

22             on or before **April 9, 2009**, and heard on **May 14, 2009**, at 9:00 a.m. before Magistrate

23             Judge **Gary S. Austin in Courtroom 10.**

24       3.    In scheduling such motions, the Magistrate Judge may grant applications for an order

25             shortening time pursuant to Local Rule 142(d). However, if counsel does not obtain

26             an order shortening time, the notice of motion must comply with Local Rule 251.

27  / / /

28

**[PROPOSED] ORDER CONTINUING TRIAL AND DATES IN SCHEDULING CONFERENCE ORDER**
**Case No. 1:07-cv-01804 AWI**                                                    Page 1

1    4.    All Dispositive Pre-Trial Motions are to be filed no later than **April 30, 2009**, and will

2          be heard on **June 1, 2009**, at 1:30 p.m. before the Honorable Anthony W. Ishii, United

3          States District Judge, in Courtroom 2. In scheduling such motions, counsel shall

4          comply with Local Rule 230.

5    X I . Pre-Trial Conference Date.

6    5.    **June 24, 2009**, at 8:30 a.m. in Courtroom 2, before the Honorable Anthony W. Ishii,

7          United States District Judge.

8    6.    The parties are ordered to file a Joint Pre- Trial Statement pursuant to Local Rule 281

9          (a) (2) .

10   7.    Counsel's attention is directed to Rules 281 and 282 of the Local Rules of Practice for

11         the Eastern District of California, as to the obligations of counsel in preparing for the

12         pre-trial conference. The Court will insist upon strict compliance with those rules.

13   XII . Trial Date.

14   8.    **October 6, 2009**, at the hour of 8:30 a.m. in Courtroom 2, before the Honorable

15         Anthony W. Ishii, United States District Judge.

16   9.    This is a jury trial.

17   10.   Counsels' Estimate Of Trial Time: 10 days.

18   13.   Counsels' attention is directed to Local Rules of Practice for the Eastern District of

19         California, Rule 285.

20   XIII . Settlement Conference.

21   14.   A Settlement Conference is scheduled for **January 28, 2009**, at 10:30 a.m., in

22         Courtroom 10 before the Honorable **Gary S. Austin**, United States Magistrate Judge.

23

24   IT IS SO ORDERED.

25   **Dated:    October 10, 2008**            /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

26

27

28

**[PROPOSED] ORDER CONTINUING TRIAL AND DATES IN SCHEDULING CONFERENCE ORDER**
**Case No. 1:07-cv-01804 AWI**                                                    Page 2