WILLIAM J. SMITH - #056116
SHELLEY G. BRYANT - #222925
AMANDA B. NEWELL - #251160
W. J. SMITH & ASSOCIATES, INC.
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorneys for Plaintiff, DONIELLE YOUNG

FILED
MAY 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIELLE YOUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOB SILVA FORD, ROBERT SILVA, an individual, and SCOTT SILVA,<br><br>　　　　Defendants. | Case No. 1:07-CV-01804-AWI-GSA<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, DONIELLE YOUNG, by and through her attorneys of record, and Defendants BOB SILVA FORD, ROBERT SILVA and SCOTT SILVA, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: May 8, 2009          W. J. SMITH & ASSOCIATES

                            /s/   William J. Smith
                            _____
                            WILLIAM J. SMITH, Attorney for Plaintiff
                            DONIELLE YOUNG

1  Dated: May 8, 2009          LOMBARDI, LOPER & CONANT, LLP

2

3                              /s/    GayLynn Kirn Conant
                              _____
4                              GAYLYNN KIRN CONANT, Attorney for Defendants,
                              BOB SILVA FORD, ROBERT SILVA, an individual,
                              and SCOTT SILVA
5

6

7

8

9                              It is so Ordered. Dated: 5-11-09

10                             _____
11                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON
Case No. 1:07-CV-01804-AWI-GSA                                                          Page 2